| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Specialized Loan Servicing, LLC | Order Filed on July 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Carla F. Humphreys,<br><br>Debtor. | Case No.: 19-19438<br>Adv. No.:<br>Hearing Date: 7/10/19 @ 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

DATED: July 16, 2019

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor:       Carla F. Humphreys
Case No.:     19-19438
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Specialized Loan Servicing, LLC, holder of a mortgage on real property located at 9 Fielding Avenue, Middletown, NJ 07748, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Warren Brumel, Esquire, attorney for Debtor, Carla F. Humphreys, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13 Plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Carla F. Humphreys  
    Debtor

Case No. 19-19438-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 16, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.  
db         +Carla F. Humphreys,    9 Fielding Avenue,    Middletown, NJ 07748-5217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:  
           Albert Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Nicole B. LaBletta    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II nlabletta@pincuslaw.com,    brausch@pincuslaw.com  
           Rebecca Ann Solarz    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
            rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           Warren Brumel    on behalf of Debtor Carla F. Humphreys wbrumel@keyportlaw.com,    brumellawecf@gmail.com  
                                                                                                                                             TOTAL: 6