| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC* | Order Filed on December 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Carla F. Humphreys<br>*fka* Carla F. Bloss<br>*aka* Carla F. Kenney-Bloss<br><br>                                                  Debtor. | Chapter 13<br><br>Case No. 19-19438-MBK<br><br>Hearing Date: January 5, 2021<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Carla F. Humphreys
Case No.: 19-19438-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC ("Creditor"), whereas the post-petition arrearage amount was $10,430.00, as of December 13, 2020, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **9 Fielding Avenue, North Middletown, NJ 07748** ("Property") provided that the Debtor complies with the following:

    a. On or before January 1, 2021 and continuing monthly on or before the 1st day of each consecutive month, the Debtor shall cure the post-petition arrearage amount above by making six (6) monthly payments of $1,738.34 directly to Creditor; and

    b. In addition to the above payments, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the January 1, 2021 payment and continuing thereon per the terms of the underlying note and mortgage.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.	If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.	Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Warren Brumel* | */s/Gavin N. Stewart* |
| Warren Brumel, Esquire | Gavin N. Stewart, Esq. |
| Law Office of Warren Brumel | Stewart Legal Group, P.L. |
| 65 Main Street, PO Box 181 | 401 East Jackson Street, Suite 2340 |
| Keyport, NJ 07735 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |