UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (018191980)
Attorney for Debtor
PO Box 181
Keyport, NJ 07735
732-264-3400

In Re:

Carla F. Humphreys

Case No.: 19-19438

Chapter: 13

Judge: MBK

**Order Filed on January 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 28, 2021**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ _____770.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____770.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____ months to allow for payment of the above fee.

*payment to be determined by the bankruptcy trustee

rev.8/1/15