UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WAU 23-029503
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

**Order Filed on May 9, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

CARLA F. HUMPHREYS,
              DEBTOR

Case No.: 19-19438-MBK

Judge: HONORABLE MICHAEL B. KAPLAN

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 9, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a vehicle installment contract obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. At the time of filing of Secured Creditor's Motion, Debtor was delinquent in post-petition payments in the total amount of $1,206.57, showing due for the January 10, 2023 payment, to Secured Creditor on the 2014 FORD TRUCK F150 PICKUP, VIN 1FTFW1EF7EKF67393.

2. Debtor has since cured the delinquency outlined in Paragraph one (1) above, and has brought the subject obligation current through and including the March 10, 2023 payment.

3. Starting April 10, 2023, Debtor shall maintain all contractually due post-petition payments, which currently amount to $558.38 monthly, directly to Secured Creditor.

4. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

Date: 4-27-2023

_____
Warren Brumel, Esquire
Attorney for the Debtor

Date: 4-25-2023