| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Carla F. Humphreys | Case No.: 19-19438<br>Chapter: 13<br>Judge: KCF |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Carla F. Humphreys_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 6-12-2024

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.

*rev.6/16/17*