Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–19438–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carla F. Humphreys
aka Carla F. Kenney–Bloss, fka Carla F.
Bloss
9 Fielding Avenue
Middletown, NJ 07748

Social Security No.:
xxx–xx–7375

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Carla F. Humphreys
     Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post–petition amounts.

Dated: July 3, 2024
JAN: pbf

Jeanne Naughton, Clerk