Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−19438−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carla F. Humphreys
    aka Carla F. Kenney−Bloss, fka Carla F.
    Bloss
    9 Fielding Avenue
    Middletown, NJ 07748
Social Security No.:
    xxx−xx−7375
Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Carla F. Humphreys</u>
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: July 3, 2024
JAN: pbf

<u>Jeanne Naughton, Clerk</u>