UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Aleisha C. Jennings, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: ajennings@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing*

| | |
|---|---|
| In Re: | Case No.: 19-19438-MBK |
| Carla F. Humphreys fka Carla F. Bloss aka Carla F. Kenney-Bloss | Chapter: 13 |
| Debtor(s). | Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

        Hill Wallack LLP
        21 Roszel Road, P.O. Box 5226
        Princeton, NJ 08543

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By:*/s/ Aleisha C. Jennings*

Dated: August 2, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Aleisha C. Jennings, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: ajennings@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing*

| | |
|---|---|
| In Re: | Case No.: 19-19438-MBK |
| Carla F. Humphreys fka Carla F. Bloss aka Carla F. Kenney-Bloss | Chapter: 13 |
| Debtor(s). | Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Justin  Padilla

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

2. On August 2, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Justin  Padilla*

Justin  Padilla

Dated: August 2, 2024

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Carla F. Humphreys<br>9 Fielding Avenue<br>Middletown, NJ 07748 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Warren Brumel<br>65 Main Street<br><br>PO Box 181<br>Keyport, NJ 07735 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.