**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carla F. Humphreys | Social Security number or ITIN  xxx–xx–7375 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    19–19438–MBK

# Order of Discharge                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Carla F. Humphreys
> aka Carla F. Kenney–Bloss, fka Carla F. Bloss

10/11/24                                           **By the court:** Michael B. Kaplan
                                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-19438-MBK
Carla F. Humphreys    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5
Date Rcvd: Oct 11, 2024    Form ID: 3180W    Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla F. Humphreys, 9 Fielding Avenue, Middletown, NJ 07748-5217 |
| cr | + | WELLS FARGO BANK, 2860 Patton Road, Roseville, MN 55113-1100 |
| 518234652 | | First Bank, PO Box 2557, Omaha, NE 68103-2557 |
| 518234656 | + | IPC Hospital Physicians of NJ, 8511 Fallbrook Avenue, Suite 120, West Hills, CA 91304-3263 |
| 518341588 | | IPC Hospitalist Physicians of New Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518234672 | + | RMB, Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7448 |
| 518234669 | + | Riverview Foot & Ankle Associates, 130 Maple Avenue #3B, Red Bank, NJ 07701-1799 |
| 518234670 | + | Riverview Medical Center, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518406053 | + | Riverview Medical Ctr., CCCB, POB 1750, Whitehouse Sta., NJ 08889-1750 |
| 518234671 | | Riverview Op-Meridian Healthsystem, Att: Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518234679 | | STS Tire & Auto Care, Credit First, PO box 81410, Cleveland, OH 44181-0410 |
| 518234677 | | State of New Jersey, Dept of Labor and Workforce Dev, PO Box 650, Trenton, NJ 08646-0650 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bk@szjlaw.com | Oct 11 2024 20:31:00 | Bradley J Halberstadt, Stewart, Zlimen & Jungers, Ltd, 2860 Patton Road, Roseville, MN 55113-1100 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 11 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 11 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Oct 11 2024 20:26:42 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Oct 11 2024 20:31:00 | U.S. Bank Trust National Association, as Trustee o, c/o NewRez,LLC dba Shellpoint Mortgage, PO Box10826, Greenville, SC 29603-0826 |
| 518234643 | + | EDI: SYNC | Oct 12 2024 00:17:00 | Amazon Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518234644 | + | Email/Text: ebn@americanwebloan.com | Oct 11 2024 20:32:00 | American Webloan, 522 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-4654 |
| 518234645 | + | EDI: SYNC | Oct 12 2024 00:17:00 | Ashley Homestores/Syncb, PO Box 965033, Orlando, FL 32896-5033 |
| 518351647 | | EDI: CRFRSTNA.COM | Oct 12 2024 00:17:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518234646 | | EDI: CAPITALONE.COM | Oct 12 2024 00:17:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518334234 | + | EDI: AIS.COM | Oct 12 2024 00:17:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518234647 | | EDI: SYNC | Oct 12 2024 00:17:00 | Care Credit/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 518234648 | | EDI: CITICORP | Oct 12 2024 00:17:00 | Citi Advantage World MC, PO Box 6062, Sioux Falls, SD 57117 |
| 518357769 | + | EDI: CITICORP | Oct 12 2024 00:17:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518234649 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 20:41:57 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518234663 | | EDI: CITICORP | Oct 12 2024 00:17:00 | Macy's, Att: Bankruptcy Dept., PO Box 8053, Mason, OH 45040 |
| 518356716 | | EDI: Q3G.COM | Oct 12 2024 00:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518234650 | | EDI: CAPITALONE.COM | Oct 12 2024 00:17:00 | Dress Barn Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 518341565 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2024 20:31:00 | Emergency Physician Services of NJ, PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518234653 | | Email/Text: BNSFN@capitalsvcs.com | Oct 11 2024 20:31:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 518277001 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 11 2024 20:31:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 518234654 | | EDI: AMINFOFP.COM | Oct 12 2024 00:17:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518308721 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 11 2024 20:32:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 518234655 | + | EDI: PHINGENESIS | Oct 12 2024 00:17:00 | Indigo Genesis Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 518234657 | | EDI: SYNC | Oct 12 2024 00:17:00 | JCPenney, PO Box 965009, Orlando, FL 32896-5009 |
| 518234659 | | Email/Text: abachman@rmbcollect.com | Oct 11 2024 20:32:00 | JFK Medical Center, PO Box 3058, Edison, NJ 08818-3058 |
| 518234658 | | EDI: WFNNB.COM | Oct 12 2024 00:17:00 | Jessica London, PO Box 182273, Columbus, OH 43218-2273 |
| 518234660 | ^ | MEBN | Oct 11 2024 20:27:01 | Kia Motors Finance, Att: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518309675 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 20:30:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518234661 | | EDI: WFNNB.COM | Oct 12 2024 00:17:00 | Lane Bryant, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518234662 | + | EDI: SYNC | Oct 12 2024 00:17:00 | Lord & Taylor, Att: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 518257165 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2024 20:41:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518234664 | ^ | MEBN | Oct 11 2024 20:27:39 | My Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520314993 | + | Email/Text: mtgbk@shellpointmtg.com | | |

Case 19-19438-MBK    Doc 78    Filed 10/13/24    Entered 10/14/24 00:14:35    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 79 |

| | | | |
|---|---|---|---|
| 520314994 | + Email/Text: mtgbk@shellpointmtg.com | Oct 11 2024 20:31:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| | | Oct 11 2024 20:31:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 518234665 | EDI: AGFINANCE.COM | Oct 12 2024 00:17:00 | One Main Financial, 310 State Route 36, Suite 704, West Long Branch, NJ 07764-1038 |
| 518296160 | + EDI: AGFINANCE.COM | Oct 12 2024 00:17:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518234666 | EDI: SYNC | Oct 12 2024 00:17:00 | P.C. Richard & Son/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518355834 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, C/Osynchrony Bank, POB 41067, Norfolk VA 23541 |
| 518712325 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518712326 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518356544 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518356741 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 518356785 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518349933 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Dress Barn, POB 41067, Norfolk VA 23541 |
| 518356748 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518349932 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518356749 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 518356718 | EDI: PRA.COM | Oct 12 2024 00:17:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518234667 | + EDI: SYNC | Oct 12 2024 00:17:00 | Pay Pal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518234668 | EDI: WFNNB.COM | Oct 12 2024 00:17:00 | Pier 1 Imports, Comenity Bank, Bankrutpcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 518314125 | + EDI: JEFFERSONCAP.COM | Oct 12 2024 00:17:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 518342866 | EDI: Q3G.COM | Oct 12 2024 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518345029 | EDI: Q3G.COM | Oct 12 2024 00:17:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518336846 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 11 2024 20:31:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

| Recip ID | Bypass | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518234673 | | Email/Text: mtgbk@shellpointmtg.com | Oct 11 2024 20:31:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518234674 | | EDI: SYNC | Oct 12 2024 00:17:00 | Sleepy's-Synchrony Bank, Att: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 518234675 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 11 2024 20:31:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519072673 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 11 2024 20:31:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518234676 | ^ | MEBN | Oct 11 2024 20:25:37 | State of New Jersey, Dept of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518234678 | | EDI: SYNC | Oct 12 2024 00:17:00 | Stein Mart/Synchrony Bank, Att: Advanced Call Center Technologies, PO Box 9091, Johnson City, TN 37615-9091 |
| 518237298 | + | EDI: AIS.COM | Oct 12 2024 00:17:00 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518234680 | + | EDI: CITICORP | Oct 12 2024 00:17:00 | The Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 518346361 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 11 2024 20:31:00 | U.S. Bank Trust National Association, New Rez LLC, POB 10826, Greenville, SC 29603-0826 |
| 518234681 | | EDI: SYNC | Oct 12 2024 00:17:00 | Walmart/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518322565 | + | EDI: WFFC2 | Oct 12 2024 00:17:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, POB 169005, Irving, TX 75016-9005 |
| 518234682 | | EDI: WFFC | Oct 12 2024 00:17:00 | Wells Fargo Dealer Services, Att: Bankruptcy, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518712328 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518712329 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518314126 | *+ | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518356535 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518348718 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518234651 | ##+ | Falcon Funding Group, PO Box 171, #1 Wakpamni Lake Housing, Batesland, SD 57716-0171 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 79 |

Date: Oct 13, 2024          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kimberly A. Wilson | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING kimwilson@raslg.com |
| Nicole B. LaBletta | on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVF III Mortgage Loan Trust II nlabletta@lablettawalters.com, tharalla@lablettawalters.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Carla F. Humphreys wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 8